UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC, )
)
Plaintiff, ) Civil Action Case No. _____
)
v. )
)
JOHN DOES 1-23, )
) **1:12-cv-0841 SEB-DKL**
Defendants. )
)

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

Dated: June 15, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By: _____
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*