# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

August 17, 2012

Re: MALIBU MEDIA, LLC v. DOES 1–23
Cause Number: 1:12–cv–00841–SEB–MJD

TO ALL COUNSEL OF RECORD:

      Pursuant to Local Rule 40–1, the above matter was reassigned from the docket of Judge Denise K. LaRue to the docket of Judge Mark J. Dinsmore on August 17, 2012. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:12–cv–00841–SEB–MJD should be used on all future filings.**

Sincerely,

Laura A. Briggs, Clerk of Court


By:  s/Dan Habing
Dan Habing, Deputy Clerk