**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77        **Title:** X-Art Siterip #1
                                                                **Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 50.90.203.89 | 5/21/2012 19:49 | Brownsburg | IN | Bright House Networks | BitTorrent |
| 2 | 50.90.228.118 | 5/4/2012 10:27 | Indianapolis | IN | Bright House Networks | BitTorrent |
| 3 | 50.90.41.71 | 5/3/2012 3:25 | Westfield | IN | Bright House Networks | BitTorrent |
| 4 | 50.90.47.112 | 5/10/2012 11:15 | Carmel | IN | Bright House Networks | BitTorrent |
| 5 | 50.90.7.159 | 5/22/2012 12:13 | Zionsville | IN | Bright House Networks | BitTorrent |
| 6 | 173.161.118.209 | 4/13/2012 1:43 | Greenwood | IN | Comcast Business Communications | BitTorrent |
| 7 | 24.13.1.222 | 5/9/2012 19:59 | Fishers | IN | Comcast Cable | BitTorrent |
| 8 | 50.129.87.97 | 5/18/2012 2:24 | West Lafayette | IN | Comcast Cable | BitTorrent |
| 9 | 67.173.130.112 | 5/8/2012 2:54 | Greenwood | IN | Comcast Cable | BitTorrent |
| 10 | 67.174.129.212 | 4/23/2012 5:55 | Muncie | IN | Comcast Cable | BitTorrent |
| 11 | 68.51.92.235 | 4/30/2012 23:07 | Muncie | IN | Comcast Cable | BitTorrent |
| 12 | 68.58.144.29 | 5/9/2012 6:22 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 13 | 71.229.77.215 | 4/27/2012 0:03 | Anderson | IN | Comcast Cable | BitTorrent |
| 14 | 98.206.99.254 | 5/4/2012 14:48 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 15 | 98.220.133.124 | 4/1/2012 22:53 | Noblesville | IN | Comcast Cable | BitTorrent |
| 16 | 98.220.176.236 | 4/21/2012 3:42 | Noblesville | IN | Comcast Cable | BitTorrent |
| 17 | 98.220.46.8 | 4/23/2012 13:39 | Alexandria | IN | Comcast Cable | BitTorrent |
| 18 | 98.223.167.209 | 4/18/2012 5:18 | Lafayette | IN | Comcast Cable | BitTorrent |
| 19 | 98.223.70.66 | 4/13/2012 0:10 | Lafayette | IN | Comcast Cable | BitTorrent |
| 20 | 98.253.13.21 | 4/14/2012 12:16 | Fishers | IN | Comcast Cable | BitTorrent |
| 21 | 184.7.15.199 | 5/23/2012 10:28 | Knightstown | IN | Embarq Corporation | BitTorrent |
| 22 | 50.102.12.184 | 5/19/2012 0:32 | Richmond | IN | Frontier Communications | BitTorrent |

EXHIBIT A

SIN1

| 23 | 184.61.6.136 | 4/23/2012 3:10 | Tipton | IN | TDS Telecom | BitTorrent |

SIN1

EXHIBIT A