UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TOBY REEVES, HAOJIE WANG, DANIEL )<br>WATT, CAMERON GAFF, GIANCARLO )<br>DI MIZIO JR., ANDREW MCCOY, SEAN )<br>MANGYIK, KRISTINE EIKENBERG, )<br>RAMAKANT MAMIDIDODDI and JOHN )<br>DOES 1, 2, 3, 4, 5, 6, 10, 12, 13, 16, 19, 21, 22 )<br>and 23. )<br>)<br>    Defendants. )<br>_____ ) | Civil Case No. 1:12-cv-00841-SEB-MJD |

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANTS**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to November 6, 2012 to effectuate service of a summons and Complaint upon each Defendant.

    SO ORDERED

Dated: 10/17/2012

                                                     Mark J. Dinsmore
                                                   United States Magistrate Judge
                                                   Southern District of Indiana