UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, GIANCARLO DI MIZIO JR., ANDREW MCCOY, SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI and JOHN DOES 1, 2, 3, 4, 5, 6, 10, 12, 13, 16, 19, 21, 22 and 23.<br><br>    Defendants. | Civil Case No. 1:12-cv-00841-SEB-MJD |

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANTS**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to November 20, 2012 to effectuate service of a summons and Complaint upon each Defendant.

SO ORDERED this ___ day of _____, 2012.

By: _____
    **UNITED STATES DISTRICT JUDGE**

1