UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:12-cv-00841-SEB-MJD |
| v. | ) | |
| | ) | Judge Sarah Evans Barker |
| DOES 1-23 | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| Defendants. | ) | |

APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Andrew McCoy.

| | |
|---|---|
| 11/24/12 | /s/    Kenan L. Farrell |
| Date | Signature |
| | |
| | Kenan L. Farrell IN #24176-49 |
| | Printed Name and Bar Number |
| | |
| | 451 N. New Jersey St. |
| | Address |
| | |
| | Indianapolis, IN 46204 |
| | City    State    Zip Code |
| | |
| | 317.808.0000 |
| | Phone Number |
| | |
| | kfarrell@klflegal.com |
| | E-mail Address |

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of November, 2012, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Paul J. Nicoletti
>36880 Woodward Ave., Suite 100
>Bloomfield Hills, Michigan 48304

>s/ *Kenan L. Farrell*
>Kenan L. Farrell, Bar No. 24176-49

451 N. New Jersey St.
Indianapolis, Indiana 46204
Tel: (317) 808-0000
kfarrell@klflegal.com