UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:12-cv-00841-SEB-MJD |
| v. | ) | |
| | ) | Judge Sarah Evans Barker |
| DOES 1-23 | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| Defendants. | ) | |

DEFENDANT ANDREW MCCOY'S NOTICE OF
AUTOMATIC EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Andrew McCoy ("Mr. McCoy"), by counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6-1(b), gives notice of an automatic extension of time of fourteen (14) days, to and including December 10, 2012, in which to respond to the Complaint filed against him by Malibu Media, LLC ("Plaintiff"). In support of this Notice, Mr. McCoy states that:

1. On November 4, 2012, Plaintiff served Mr. McCoy with its Complaint and Summons in this action.

2. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Mr. McCoy's answer or other response to Plaintiff's Complaint is presently due November 26, 2012.

3. The deadline for Mr. McCoy to submit his responsive pleading has not yet expired and has not been previously extended.

4. Mr. McCoy now submits this Notice of Automatic Extension of Time of fourteen (14) days, to and including December 10, 2012, in which to respond to the Complaint.

5. The extension does not interfere with any case management plan, scheduled hearings or other case deadlines in this action.

6. On November 23, 2012, the undersigned attorney for Mr. McCoy conferred by email with Paul J. Nicoletti, counsel for Plaintiff, who agreed to the fourteen (14) day extension.

7. The original deadline for Mr. McCoy to respond to the Complaint is November 26, 2012; the deadline as extended is now December 10, 2012.

Respectfully submitted,

Date: November 24, 2012

s/ *Kenan L. Farrell*
Kenan L. Farrell, Bar No. 24176-49
451 N. New Jersey St.
Indianapolis, Indiana 46204
Tel: (317) 808-0000
kfarrell@klflegal.com

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of November, 2012, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Paul J. Nicoletti
> 36880 Woodward Ave., Suite 100
> Bloomfield Hills, Michigan 48304

> s/ *Kenan L. Farrell*
> _____
> Kenan L. Farrell, Bar No. 24176-49

451 N. New Jersey St.
Indianapolis, Indiana 46204
Tel: (317) 808-0000
kfarrell@klflegal.com

3