# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

    Plaintiff,

v.

TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, GIANCARLO DI MIZIO JR., ANDREW MCCOY, SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI and JOHN DOES 1, 2, 3, 4, 5, 6, 10, 12, 13, 19, 21, 22 and 23,

    Defendants.

Civil Action No. 1:12-cv-00841-SEB-MJD

## MOTION FOR ENTRY OF CLERK'S DEFAULT
## PURSUANT TO FED.R.CIV.P 55(a)

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendants, Haojie Wang, Cameron Gaff, Giancarlo DiMizio Jr., Sean Mangyik, and Kristine Eikenberg, for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

    Dated: January ___, 2013

                                                  Respectfully submitted,

                                                  By:   /s/ *Paul J. Nicoletti*
                                                  Paul J. Nicoletti
                                                  paul@nicoletti-associates.com
                                                  Law Office of Nicoletti & Associates, PLLC
                                                  36880 Woodward Avenue, Suite 100
                                                  Bloomfield Hills, MI 48304
                                                  Phone: 248-203-7800
                                                  *Attorney for Plaintiff*