## CERTIFICATE OF SERVICE

I hereby certify that on January ____, 2013, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: __/s/ Paul J. Nicoletti_____
Paul J. Nicoletti

**Service List**

Haojie Wang
1117 Anthrop Drive, Apt. 2
West Lafayette, Indiana 47906-1813

Cameron Gaff
2500 N. Wheeling Avenue, Apt. 2C
Muncie, Indiana 47303

Giancarlo Di Mizio, Jr.
2642 Country Estate Drive
Indianapolis, Indiana 46227

Sean Mangyik
408 E. Washington Street
Hartford City, Indiana 47348

Kristine Eikenberg
2587 Tristan Drive
Lafayette, Indiana 47909-9356