## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

                                         Case No.: 1:12-cv-00841-SEB-MJD

     Plaintiff,

v.

TOBY REEVES, HAOJIE WANG, DANIEL
WATT, CAMERON GAFF, GIANCARLO
DI MIZIO JR., ANDREW MCCOY, SEAN
MANGYIK, KRISTINE EIKENBERG,
RAMAKANT MAMIDIDODDI and JOHN
DOES 1, 2, 3, 4, 5, 6, 10, 12, 13, 19, 21, 22
and 23,

     Defendants.

_____/

## CLERK'S  ENTRY OF DEFAULT

    It appearing that the Complaint was filed in this case on June 18, 2012; that the summons

and Complaint were duly served upon Defendants, Haojie Wang on November 5, 2012, Cameron

Gaff on November 1, 2012, Giancarlo Di Mizio, Jr. on November 2, 2012, and Sean Mangyik on

November 12, 2012 that and no answers or other

pleadings have been filed by said Defendants as required by law;

                            A  default is hereby entered against Defendants,
Haojie Wang, Cameron Gaff, Giancarlo Di Mizio, Jr., and Sean Mangyik as

provided in Rule 55(a), Federal Rules of Civil procedure.

    A default is NOT entered against defendant Kristine Eikenberg for the reason that
the individual served with the summons and complaint was a male by the name of Kris
Eikenberg, and there is a discrepancy between the person named in the complaint and
the person served.

Date: 01/07/2013

                                 Laura A. Briggs, Clerk

                                 BY: _____

                                 Deputy Clerk, U.S. District Court

Copies to:

Electronically registered counsel of record

Giancarlo DiMizio, Jr.
2642 Country Estate Dr.
Indianapolis, IN 46227

Cameron Gaff
2500 N. Wheeling Ave., Apt. 20C
Muncie, IN 47303

Sean Mangyik
408 E. Washington St.
Hartford City, IN 47348

Haojie Wang
1117 Anthrop Dr., Apt. 2
West Lafayette, IN 47906