UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOBY REEVES, HAOJIE WANG, DANIEL ) <br> WATT, CAMERON GAFF, GIANCARLO ) <br> DI MIZIO JR., SEAN MANGYIK, ) <br> KRISTINE EIKENBERG, ) <br> RAMAKANT MAMIDIDODDI, ) <br> LEONARDO ALDANA and JOHN DOES 1, ) <br> 2, 3, 4, 5, 6, 10, 12, 13, 21, 22 and 23. ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 1:12-cv-00841-SEB-MJD |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE 22 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe 22 ("Defendant"), from this action without prejudice. Defendant was assigned the IP address 50.102.12.184. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January 21st, 2013

                                                                                                Respectfully submitted,

                                                                                                 NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel: (248) 203-7800
        Fax: (248) 203-7801
        E-Fax: (248) 928-7051
        Email: paul@nicoletti-associates.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By:    /s/ *Paul J. Nicoletti*
                                                          Paul J. Nicoletti, Esq. (P44419)