| | |
|---|---|
| Malibu Media LLC. | § THE SOUTHERN DISTRICT COURT |
| | § |
| vs. | § OF INDIANA, INDIANAPOLIS DIV. |
| | § |
| Dan Watt | § No. 1:12-cv-00841-SEB-MJD |

## DEFENDANT'S SECOND MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE Mark J. Dinsmore:

    In light of the fact that I had been unable to secure representation and provide a response to the court in regard to the Plaintiff's Complaint listed above, I previously requested a continuance to respond. The requested extension of time was to this day, the 30th of January, 2013. I have diligently pursued a solution through seeking counsel from the time of my previous request; however I am unable to provide an answer to the court on this day. This is due in part to holiday schedules, lack of assistance in response to the case, and counsel's availability for the case. I am therefore requesting no more than 28 days, until the 27th day of February, to both secure counsel and provide a proper response to the court in regard to the Plaintiff's Complaint.

    I have been able to reach and confer with my requested counsel this afternoon and confirm their availability to represent me in the case listed above. If the court permits, counsel agrees that the time I am requesting will be sufficient to file an appropriate response to the Plaintiffs Complaint filed with the court.

    Thank you for your consideration in this matter, respectfully submitted to the court on the 30th day of January, 2013.

Signed,

Dan Watt