IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Malibu Media, LLC, | Civil Action No. 1:12-cv-00841-SEB-DKL |
| Plaintiff, | |
| vs. | |
| Haojie Wang, et al. | |
| Defendants. | |
| _____/ | |

> DENIED AS MOOT in light of the filing of Dkt. 91.
> DATED: February 15, 2013
>
> Mark J. Dinsmore
> United States Magistrate Judge
> Southern District of Indiana

### MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT

Defendant Haojie Wang (hereinafter "Defendant"), appearing *pro se*, respectfully submits this Motion to Set Aside Entry of Default Judgment and requests the Court to set aside the default judgment entry entered against defendant on Jan. 4, 2013. This motion is made pursuant to Fed. R. Civ. P. 55(c). The failure of Defendant to file a response to this lawsuit is for the reasons set forth below:

I.  **Background**

Plaintiff filed a lawsuit against Defendant on June 18, 2012. According to the Proof of Service on file with this Court, Defendant was served on Nov. 5, 2012. The Court entered default against Defendant on Jan. 4, 2013.

Defendant became aware of the lawsuit on July 21 2012. Defendant found out about the lawsuit because he received a notice from his Internet Service Provider Comcast Corporation (hereinafter "ISP").





1