UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, </br></br>        Plaintiff, </br></br>vs. </br></br>JOHN DOES 1,2,3,4,5,6,10,12,13,19,21, and 23, </br>TOBY REEVES, </br>HAOJIE WANG, </br>DANIEL WATT, </br>CAMERON GAFF, </br>GIANCARLO DI MIZIO JR </br>SEAN MANGYIK, </br>KRISTINE EIKENBERG, </br>LEONARDO ALDANA, </br></br>        Defendants. | No. 1:12-cv-00841-SEB-MJD |

### **Entry on Briefing Schedule**
### **Hon. Magistrate Judge Mark J. Dinsmore**

This cause comes before the court on Defendant Haojie Wang's Amended Motion to Set Aside Default [Dkt. 91]. Plaintiff shall file a brief in response to Defendant's Motion by **Monday, March 4, 201**3. Defendant Haojie Wang shall submit a brief in reply by **Thursday, March 14, 2013.** If the Plaintiff consents to the motion, please file a notice of non-opposition so the Court may act accordingly.

Dated: 02/15/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Distribution:

DANIEL WATT
380 Country View Court, Apt. 13
Martinsville, IN 46151

HAOJIE WANG
1117 Anthrop Ar. Apt 2
West Lafayette, IN 47906

Kenan Larry Farrell
KLF LEGAL
kfarrell@klflegal.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com

Steven Sams
STEVEN SAMS, P.C.
stevensamslaw@att.net