UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Malibu Media, LLC,

        Plaintiff,

vs.                               Civil Action No. 1:12-cv-00841-SEB-DKL

Haojie Wang, et al.

        Defendants.


**ORDER ON DEFENDANT'S MOTION TO STRIKE HAOJIE WANG'S**
**ANSWER TO THRID AMENDED COMPLAINT**

(Dkt. No. 134)

    The Clerk shall cause the docket to reflect that Defendant Wang's filing at Docket No. 130 should be disregarded as it is duplicative of his filing at Docket No. 119.


DATED: _____ 04/11/2013 _____


_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Copies to:

Electronically registered counsel of record and

```
HAOJIE WANG
1117 Anthrop Ar. Apt 2
West Lafayette, IN 47906
```