UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOBY REEVES, HAOJIE WANG, DANIEL )<br>WATT, CAMERON GAFF, GIANCARLO )<br>DI MIZIO JR., SEAN MANGYIK, )<br>KRISTINE EIKENBERG, RAMAKANT )<br>MAMIDIDODDI, LEONARDO ALDANA, )<br>WILLIAM MEEKS SR. and JOHN DOES )<br>2, 3, 4, 5, 6, 10, 12, 13, 22 and 23, )<br>)<br>Defendants. )<br>) | Civil Case No. 1:12-cv-00841-SEB-MJD |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2013, I electronically filed Plaintiff's Motion to Strike of Summarily Dismiss Defendant, Giancarlo DiMizio, Jr.'s Affirmative Defenses [CM/ECF 141] (the "Motion") with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the Motion was served on all counsel of record and pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

1

**SERVICE LIST**

| | |
|---|---|
| Steven Sams, Esq.<br>Steven Sams, P.C.<br>8520 Allison Pointe Blvd., Suite 220<br>Indianapolis, IN 46250<br>Email: stevensamslaw@att.net<br>*Attorneys for Defendant Toby Reeves* | *CM/ECF* |
| David Scott Klinestiver, Esq.<br>Lewis & Kappes<br>One American Square, Suite 2500<br>Indianapolis, IN 46282<br>dklinestiver@lewis-kappes.com<br>*Attorneys for Defendant Giancarlo DiMizio, Jr.* | *CM/ECF* |
| William Kenneth Doss, Esq.<br>Brannon Robinson Sowers Hughel & Doss, PC<br>1 N. Pennsylvania Street, Suite 800<br>Indianapolis, IN 46204<br>wkd@brannonrobinson.com<br>*Attorneys for Defendant Daniel Watt* | *CM/ECF* |
| Haojie Wang<br>1117 Anthrop Ar. Apt 2<br>West Lafayette, IN 47906<br>*Pro se* | *U.S. Mail* |

Dated:  May 2, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:    /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*