```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                  INDIANAPOLIS DIVISION
```

```
MALIBU MEDIA, LLC,                )
                                  )
          Plaintiff,              )
     vs.                          ) NO. 1:12-cv-00841-SEB-MJD
                                  )
TOBY REEVES,                      )
HAOJIE WANG,                      )
DANIEL WATT,                      )
GIANCARLO DI MIZIO JR,            )
KRISTINE EIKENBERG,               )
William Meeks Sr.,                )
JOHN DOE 21,                      )
                                  )
          Defendants.             )
```

ORDER

Non-attorney *pro se* litigants are exempt from participation in electronic filing.  *See* S.D. Ind. L.R. 5-3(a).  "A filer must serve a copy of the paper consistent with Fed. R. Civ. P. 5 on any party or attorney who is exempt from participating in electronic filing."  S.D. Ind. L.R. 5-4(d).

Counsel for Plaintiff has filed papers in this matter bearing certificates of service which fail to certify that paper copies of the filing have been served upon *pro se* litigants in the case.  [Dkt. 155.]  Plaintiff is ordered to immediately serve copies of such filings upon all *pro se* parties and to refrain from filing any further papers that do not contain a certificate of service demonstrating proper serve on all parties.

Dated: 05/21/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

distribution:

William Kenneth Doss
BRANNON ROBINSON SOWERS HUGHEL & DOSS PC
wkd@brannonrobinson.com

Kenan Larry Farrell
KLF LEGAL
kfarrell@klflegal.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com

Steven Sams
STEVEN SAMS, P.C.
stevensamslaw@att.net

Matthew S. Tarkington
LEWIS & KAPPES, PC
mtarkington@lewis-kappes.com

HAOJIE WANG
1117 Anthrop Ar. Apt 2
West Lafayette, IN 47906