<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

</div>

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TOBY REEVES, HAOJIE WANG, DANIEL )<br>WATT, CAMERON GAFF, GIANCARLO )<br>DI MIZIO JR., SEAN MANGYIK, )<br>KRISTINE EIKENBERG, RAMAKANT )<br>MAMIDIDODDI, LEONARDO ALDANA, )<br>WILLIAM MEEKS SR. and JOHN DOES )<br>2, 3, 4, 5, 6, 10, 12, 13, 22 and 23, )<br>)<br>    Defendants. )<br>) | Civil Case No. 1:12-cv-00841-SEB-MJD |

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

</div>

    I hereby certify that on May 23, 2013, pursuant to this Court's order dated May 21, 2013 [CM/ECF 158], I served copies of all of Plaintiff's filings via Federal Express on pro se Defendant Haojie Wang, 1117 Anthrop Ar. Apt 2, West Lafayette, IN 47906.

    Dated:  May 28, 2013

<div style="margin-left:50%">

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*

</div>