IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | 1:12-cv-841-SEB-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI, LEONARDO ALDANA, WILLIAM MEEKS, SR., And JOHN DOES 2, 3, 4, 5, 6, 10, 12, 13, 21, 22 and 23, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance on behalf of Defendant Kristine Eikenberg.

Respectfully submitted,

By: s/John M. Bradshaw
John M. Bradshaw, #21556-49
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140-4019
Phone: 317-891-1500
Fax: 866-283-8549
*Attorneys for Defendant Kristine Eikenberg*

1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing is being filed electronically this 26th day of June, 2013, and notice hereof will automatically be sent to the following by operation of the Court's electronic filing system:

     Paul J. Nicoletti, Esq. – paul@nicoletti-associates.com
     Steven Sams, Esq. – stevensamslaw@att.net
     William Kenneth Doss, Esq. – wkd@brannonrobinson.com

And to the following *pro se* Defendant by First Class United States Mail, postage prepaid, addressed to:

     Haojie Wang
     1117 Anthrop Ar. Apt. 2
     West Lafayette, IN 47906

     William Meeks, Sr.
     924 Winchester St.
     Decatur, IN 46733

                                    By:   s/John M. Bradshaw
                                              John M. Bradshaw

John M. Bradshaw
OVERHAUSER LAW OFFICES LLC
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140-4019
Phone: 317-891-1500
Fax: 866-283-8549
jbradshaw@overhauser.com
*Attorneys for Defendant*