IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                              Civil Action No. 1:12-cv-00841-SEB-MJD

TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, GIANCARLO DI MIZIO JR., SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI, LEONARDO ALDANA, WILLIAM MEEKS SR. and JOHN DOES 2, 3, 4, 5, 6, 10, 12, 13, 21, 22 and 23,

    Defendants.
_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT
## PURSUANT TO FED.R.CIV.P 55(a)

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendant, William Meeks, Sr., for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

Dated: June 27, 2013

                                                Respectfully submitted,

                                                By:   /s/ *Paul J. Nicoletti*
                                                Paul J. Nicoletti
                                                paul@nicoletti-associates.com
                                                Law Office of Nicoletti & Associates, PLLC
                                                36880 Woodward Avenue, Suite 100
                                                Bloomfield Hills, MI 48304
                                                Phone: 248-203-7800
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

                                                       By:   /s/ *Paul J. Nicoletti*
                                                          Paul J. Nicoletti

**Service List**

William Meeks Sr.
924 Winchester Street
Decatur, IN 46733