# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TOBY REEVES, HAOJIE WANG, DANIEL )<br>WATT, CAMERON GAFF, GIANCARLO )<br>DI MIZIO JR., SEAN MANGYIK, )<br>KRISTINE EIKENBERG, RAMAKANT )<br>MAMIDIDODDI, LEONARDO ALDANA, )<br>WILLIAM MEEKS SR. and JOHN DOES )<br>2, 3, 4, 5, 6, 10, 12, 13, 22 and 23, )<br>)<br>    Defendants. )<br>                                          ) | Civil Case No. 1:12-cv-00841-SEB-MJD |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
### FOR AN ORDER TO SHOW CAUSE [CM/ECF 166]

Plaintiff respectfully requests the Court deny Defendant's motion because Plaintiff sent Defendant a copy of the motion and Defendant has not been prejudiced. Undersigned sent Defendant a copy of the Motion for Clerk's Entry of Default [CM/ECF 158] on June 27, 2013 via first class mail. *See* Declaration of Paul Nicoletti. Pursuant to Fed. R. Civ. P. 5(b)(2)(C) "[a] paper is served under this rule by: mailing it to the person's last known address—in which event service is complete upon mailing". *Id*. Because undersigned complied with the Court's order, Plaintiff respectfully requests the Court deny Defendant's motion.

    Dated:  August 8, 2013

1

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system. I also hereby certify that on August 8, 2013, pursuant to this Court's order dated May 21, 2013 [CM/ECF 158], I served copies of all of Plaintiff's filings via Federal Express on pro se Defendant Haojie Wang, 1117 Anthrop Ar. Apt 2, West Lafayette, IN 47906.

By: /s/ *Paul J. Nicoletti*