UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, </br></br>Plaintiff, </br></br>v. </br></br>TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, GIANCARLO DI MIZIO JR., SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI, LEONARDO ALDANA, WILLIAM MEEKS SR. and JOHN DOES 2, 3, 4, 5, 6, 10, 12, 13, 22 and 23, </br></br>Defendants. | Civil Case No. 1:12-cv-00841-SEB-MJD |

## DECLARATION OF PAUL NICOLETTI

I, PAUL NICOLETTI, DO HEREBY DECLARE:

1. I am over the age of eighteen (18) and otherwise competent to make this declaration. The facts stated in this declaration are based upon my personal knowledge.

2. I am Malibu Media's counsel in the above captioned case.

3. On June 27, 2013 I sent Defendant Haojie Wang a copy of the Motion for Clerk's Entry of Default via First Class Mail.

**FURTHER DECLARANT SAYETH NAUGHT.**

## DECLARATION

PURSUANT TO 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

# EXHIBIT A

Executed on this 8th day of August, 2013.

PAUL NICOLETTI

By: _____