United States

Welcome, **Paul Nicoletti** | **Logout**

**My UPS** **Shipping** **Tracking** **Freight** **Locations** **Support** **UPS S**

**Shipping**

- **Create a Shipment**
- View History
- Void Shipment
- Create a Return
- Ship Using a Batch File
- Create an Import
- Calculate Time and Cost
- Schedule a Pickup
- Use International Tools
- Order Supplies
- Open a UPS Account
- Set Preferences

**Search Support**

**Enter a keyword:**

**Search**

To and from the trade show, logistics has you covered
Learn more »

**Saturday Delivery**

Need it delivered on Saturday?
Find out about Saturday Delivery from UPS

# Create A Shipment

Package | Freight

## Address Validation

**>>> The Ship To address provided was not found in our address database, or r (UPS: 80333)**

Please review your entry for spelling and accuracy and modify the address as neede
You may wish to contact the recipient to ensure the original address is accurate. Re

### 1 Review/Update Original Address

**Company or Name:** Haojie Wang

**Contact:**

**Country:** United States

**Address Line 1:** 1117 Anthrop Ar. Apt 2

**Address Line 2:**

Apartment, suite, unit, building, floor, etc.

**Address Line 3:**

Department, c/o, etc.

**City:** WEST LAFAYETTE

**State:** Indiana

**ZIP Code:** 47906

**Telephone:** **E**

**E-mail:**

☑ **Validate this street**

☐ **Residential addres**

**Save Options for Address:** Save as New Entry

**Save this to my Addr** Haojie Wang

Note: The updated address information will be saved when the shipment is comple

**Use Update**

UPS assumes no liability for the address information provided by UPS Internet Shipping. The the identification or verification of occupants at an address. The shipper is responsible for all



**EXHIBIT A**

Case 1:12-cv-00841-SEB-MJD Document 169-1 Filed 08/13/13 Page 2 of 2 PageID #: 1421

**Subscribe to UPS E-mail:** Modify E-mail Preferences View Examples

**Contact UPS**
- Browse Online Support
- E-mail UPS
- Live Chat
- Call Customer Service

**Support**
- Open a Shipping Account
- Manage Accounts
- Access Billing Options
- Change Your Delivery

**Solutions for:**
- Healthcare
- Small Business
- High Tech
- More...

Home About UPS Site Guide Investors Careers Pressroom UPS Global UPS Mob

Service Terms and Conditions Website Terms of Use Privacy Notice Your California Privacy Rights

Copyright © 1994-2013 United Parcel Service of America, Inc. All rights reserved.