

Paul Nicoletti <pauljnicoletti@gmail.com>

---

**UPS Exception Notification, Tracking Number 1ZF5592A0295036269**

---

**UPS Quantum View** <auto-notify@ups.com>  Tue, Aug 13, 2013 at 8:12 AM
Reply-To: auto-notify@ups.com
To: pauljnicoletti@gmail.com



Discover more about UPS:
Visit www.ups.com
Sign Up For Additional
E-Mail From UPS
Read Compass Online

**At the request of the shipper, this notice alerts you delivery of the following shipment has been rescheduled.**

**Important Delivery Information**

| | |
|---|---|
| Tracking Number: | 1ZF5592A0295036269 |
| Exception Reason: | MY CHOICE DELIVERY CHANGE OPTION REQUEST |
| Exception Resolution: | AS REQUESTED, THE RECEIVER WILL PICKUP AT A UPS FACILITY AT THEIR CONVENIENCE. THIS MUST BE WITHIN 5 BUSINESS DAYS |

**Shipment Detail**

**Ship To:**
Haojie Wang
1117 Anthrop Drive
Apartment 2
WEST LAFAYETTE
IN

**EXHIBIT B**

479061813
US

| | |
|---|---|
| **UPS Service:** | 2ND DAY AIR |
| **Shipment Type:** | Letter |

**Reference Number 1:** Haojie Wang

This e-mail contains proprietary information and may be confidential. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you received this message in error, please delete it immediately.

This e-mail was automatically generated by UPS e-mail services at the shipper's request. Any reply to this e-mail will not be received by UPS or the shipper. Please contact the shipper directly if you have questions regarding the referenced shipment or you wish to discontinue this notification service.

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential.  If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS