English	Customer Service	USPS Mobile



**Quick Tools**
Track & Confirm
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package	Send Mail	Manage Your Mail

# Look Up a ZIP Code™

By Address    By Company    Cities by ZIP Code™

**You entered:**

1117 ANTHROP AR.
2
WEST LAFAYETTE IN

**Unfortunately, this address wasn't found.
Please double-check it and try again.**

Look up another ZIP Co

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›

# EXHIBIT C

No FEAR Act EEO Data ›

Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

Forms & Publications ›
Careers ›

  |  Copyright© 2013 USPS. All Rights Reserved.