IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Malibu Media, LLC,<br>    Plaintiff,<br><br>vs.<br><br>Haojie Wang et al,<br>    Defendants. | Civil Action No. 1:12-cv-00841-SEB-MJD<br><br>MOTION FOR AN ORDER TO SHOW CAUSE |

*In light of the Dismissal of Defendant Wang [Dkt. 177], Defendant Wang's motion is DENIED AS MOOT.*
*Dated: September 24, 2013*

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

**MOTION FOR AN ORDER TO SHOW CAUSE**

Defendant Haojie Wang ("Defendant"), appearing *pro se*, respectfully moves for an order to show cause why Plaintiff Malibu Media ("Plaintiff") should not found in civil contempt of the Court for violating the Court Order (Dkt 158), Fed. R. Civ. P. 5(D) and S.D. Ind. L.R. 5-4(d) and in support of its motion states as follows:

    1. The Plaintiff filed at least six motions without properly serving Defendant (See Dkts. 121, 123, 127, 134, 140 and 141).

    2. The Court entered an Order (Dkt. 158) in May 21, 2013 to refrain Plaintiff from filing any further papers that do not contain a certificate of service demonstrating proper service on all parties.

    3. Plaintiff filed another Motion (Dkt. 164) in June, 27, 2013 and again failed to serve Defendant properly

    4. Defendant contacted Plaintiff through email on July 15, 2013 (See Exhibit A) about this matter but has not received any response from Plaintiff until present.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests the Court

1. To enter an order to show cause why Plaintiff should not be held in civil contempt of the Court

2. To dismiss Plaintiff's complaint against Defendant with prejudice; and

3. To grant any and all other relief deemed justified by the Court.

Dated: July 24, 2013

By: /s/ HAOJIE WANG
HAOJIE WANG
Email: hj_630@yahoo.com
1117 Anthrop Dr, APT 2
West Lafayette, IN, 47906
Phone: 765-337-1777
*Defendant in Pro Per*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, I served a copy of the foregoing document, via US Mail, on:

Paul J. Nicoletti

NICOLETTI & ASSOCIATES, PLLC

36880 Woodward Avenue, Suite 100

Bloomfield Hills, MI 48304


William Kenneth Doss

BRANNON ROBINSON SOWERS HUGHEL & DOSS PC

1 N. Pennsylvania St., Ste. 800

Indianapolis, IN 46204


Steven Sams

8520 Allison Pointe Blvd; Suite 220

Indianapolis IN 46205


John M. Bradshaw

OVERHAUSER LAW OFFICES LLC

740 W. Green Meadows Dr., Suite 300

Greenfield, IN 46140

By: *[signature]*

HAOJIE WANG

Email: hj_630@yahoo.com

1117 Anthrop Dr, APT 2

West Lafayette, IN, 47906

Phone: 765-337-1777

*Defendant in Pro Per*