IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

        Plaintiff,

v.

TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, GIANCARLO DE MIZIO JR, SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI, LEONARD ALDANA, WILLIAM MEEKS SR. and JOHN DOES 2, 3, 4, 5, 6, 10, 12, 13, 21, 22 and 23,

        Defendants.

Case No. 1:12-cv-00841-SEB-MJD

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Malibu Media, LLC ("Plaintiff") and Defendant, Toby Reeves ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant, Toby Reeves, respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Toby Reeves's claims against each other, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

By: /s/ Paul J. Nicoletti
Paul J. Nicoletti, Esquire
Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100

By: /s/ Steven Sams
Steven Sams, Esquire
Steven Sams, P.C.
8520 Allison Pointe Blvd., Suite 220

Bloomfield Hills, MI 48303  
Phone: 248-203-7800  
paul@nicoletti-associates.com  
*Attorney for Plaintiff*

Indianapolis, IN 46250  
Phone: 317-713-2933  
stevensamslaw@att.net  
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ *Paul J. Nicoletti*  
Paul J. Nicoletti

**Service List**

Haojie Wang  
2101 Cumberland Ave.  
Apt. 1103  
West Lafayette, IN 47906