Acknowledged.
Date: 10/22/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

    Plaintiff,

v.

Case No. 1:12-cv-00841-SEB-MJD

TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, GIANCARLO DE MIZIO JR, SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI, LEONARD ALDANA, WILLIAM MEEKS SR. and JOHN DOES 2, 3, 4, 5, 6, 10, 12, 13, 21, 22 and 23,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC ("Plaintiff") and Defendant, Toby Reeves ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant, Toby Reeves, respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Toby Reeves's claims against each other, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

By: /s/ Paul J. Nicoletti
Paul J. Nicoletti, Esquire
Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100

By: /s/ Steven Sams
Steven Sams, Esquire
Steven Sams, P.C.
8520 Allison Pointe Blvd., Suite 220

Copies to: Electronically registered counsel of record via ECF and
HAOJIE WANG
2101 Cumberland Ave Apt1103
West Lafayette, IN 47906