Acknowledged
Date: 10/23/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

        Plaintiff,

v.

TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, GIANCARLO DE MIZIO JR, SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI, LEONARD ALDANA, WILLIAM MEEKS SR. and JOHN DOES 2, 3, 4, 5, 6, 10, 12, 13, 21, 22 and 23,

        Defendants.

Case No. 1:12-cv-00841-SEB-MJD

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC ("Plaintiff") by its undersigned counsel, and Defendant, Haojie Wang ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant, Haojie Wang, respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Haojie Wang's claims against each other, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

By: /s/ Paul J. Nicoletti
Paul J. Nicoletti, Esquire
Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100

By: *[signature]*
Haojie Wang
2101 Cumberland Ave.
Apt. 1103

Copies to: Electronically registered counsel of record via ECF and

HAOJIE WANG
2101 Cumberland Ave
Apt 1103
West Lafayette, IN 47906