UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
|        Plaintiff, ) | |
| vs. ) | |
| ) | Case No.: 1:12-cv-00841-SEB-MJD |
| DANIEL WATT, ) | |
|        Defendant. ) | |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST**

**COMES NOW** the Defendant, Daniel Watt, by counsel, and submits the following Preliminary Witness and Exhibit List. Defendant reserves the right to supplement or amend this list at any time prior to trial.

**WITNESSES**

1. Defendant, Daniel Watt

2. Any individuals on Plaintiff's initial disclosures and preliminary or final witness lists, including any supplements or amendments thereto;

3. Any experts Plaintiff may retain and designate to testify by the deadline set in the parties' Case Management Plan; and

4. Any additional individuals revealed in discovery not yet conducted or completed or necessary to respond to witnesses, documents, facts or opinions not yet disclosed to Defendant.

**EXHIBITS**

1. The U.S. Copyright Registrations for each of the Infringed Works and any applicable corrections thereto;

If Defendant discovers additional witnesses or exhibits he intends to use at trial, counsel for Defendant will identify additional witnesses or exhibits to the Court and opposing counsel.

This list does not include witnesses or exhibits Plaintiff may use for purposes of impeachment or rebuttal.

    Respectfully Submitted this day of , 2013
    BRANNON SOWERS & CRACRAFT PC

    By:  /s/ William K. Doss                                 .
    William K. Doss 20097-29
    Tejas N. Shah  31508-49
    1 North Pennsylvania Street, Suite 800
    Indianapolis, IN 46204
    (317) 721-3677 Telephone
    (317) 630-2813 Facsimile
    wdoss@bscattorneys.com
    tshah@bscattorneys.com
    Attorneys for Defendant
    Daniel Watt

<u>**Certificate of Service**</u>

I **HEREBY CERTIFY** that on November 19, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel through the Court's electronic filing system.

        BRANNON SOWERS & CRACRAFT PC

        By: /s/ William K. Doss      .
        William K. Doss 20097-29
        Tejas N. Shah 31508-49
        1 North Pennsylvania Street, Suite 800
        Indianapolis, IN 46204
        (317) 721-3677 Telephone
        (317) 630-2813 Facsimile
        wdoss@bscattorneys.com
        tshah@bscattorneys.com
        Attorneys for Defendant
        Daniel Watt