**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERNDISTRICT OF INDIANA**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                   Civil Action No. 1:12-cv-00841-SEB-MJD

TOBY REEVES, HAOJIE WANG, DANIEL WATT, CAMERON GAFF, GIANCARLO DI MIZIO JR., SEAN MANGYIK, KRISTINE EIKENBERG, RAMAKANT MAMIDIDODDI, LEONARDO ALDANA, WILLIAM MEEKS SR. and JOHN DOES 2, 3, 4, 5, 6, 10, 12, 13, 21, 22 and 23,

       Defendants.

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DANIEL WATT ONLY**

       **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Daniel Watt ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant Daniel Watt from this action with prejudice.

       Dated: November 27, 2013

                                                    Respectfully submitted,

                                                    By: /s/*Paul J. Nicoletti*
                                                    Paul J. Nicoletti
                                                    paul@nicoletti-associates.com
                                                    Law Office of Nicoletti& Associates, PLLC
                                                    36880 Woodward Avenue, Suite 100
                                                    Bloomfield Hills, MI 48304
                                                    Phone: 248-203-7800
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/*Paul J. Nicoletti*_____
      Paul J. Nicoletti